FILED
11/9/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nov 9, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE A. GONZALEZ and<br>OMAR MONTOYA | Case No. 23 CR 492<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A); 922(o); and 2 |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

From on or about June 26, 2023, and continuing until on or about August 22, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSE A. GONZALEZ,

defendant herein, not being a licensed manufacturer or dealer of firearms in the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, and

OMAR MONTOYA,

defendant herein, did aid and abet defendant JOSE A. GONZALEZ in committing said offense;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 12, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

OMAR MONTOYA,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), namely a Glock Conversion Device, a part designed solely and exclusively for use in converting a weapon into a machinegun, and

JOSE A. GONZALEZ,

defendant herein, did aid and abet defendant OMAR MONTOYA in committing said offense;

In violation of Title 18, United States Code, Sections 922(o) and 2.

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 24, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

OMAR MONTOYA,

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), namely a Glock Conversion Device, a part designed solely and exclusively for use in converting a weapon into a machinegun, and

JOSE A. GONZALEZ,

defendant herein, did aid and abet defendant OMAR MONTOYA in committing said offense;

In violation of Title 18, United States Code, Sections 922(o) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY